

**Linda George**
Attorney at Law

577 Summit Avenue
Hackensack, New Jersey 07601
Tel: 201-487-5225
Fax: 201-487-8807
email: lgdefense@yahoo.com

August 7, 2020

**MEMO ENDORSED**

VIA CM/ECF
Hon. Katherine Polk Failla
United States District Ciourt
    for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

                    Re:  United States v. Euclides Moya
                    Cr. No.:  16-44 (KPF)

Dear Judge Failla:

      The defendant was sentenced yesterday August 6, 2020. Accordingly, kindly enter an Order directing the Office of Pre-trial Services for the Southern District of New York to return to Mr. Moya, or this office, the passport which was surrendered to their office on December 18, 2015.

      I thank you for your attention and remain,

                                    Respectfully,

                                    LINDA GEORGE

LG/mb
cc:    Max Nicholas, ASUA, via CM/ECF
       Euclides Moya

# CERTIFICATION OF SERVICE

I, Linda George, certify that on this date I have served this Letter Motion via the CM/ECF system which will provide copies to the following in addition to others described below :

Hon. Katherine Polk-Failla, U.S.D.J.
United States District Court
  for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Max Nicholas
Assistant United States Attorney
Office of the US Attorney,
  Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

Euclides Moya                                    **VIA HAND DELIVERY**

/s/Linda George
**LINDA GEORGE**

Dated: August 7, 2020

Application GRANTED.

Dated:    August 7, 2020          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE