UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA -v.- EUCLIDES MOYA, Defendant. | 16 Cr. 44-1 (KPF) ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Euclides Moya, USM #72909-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   August 7, 2020
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge